

1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

8 UNITED STATES OF AMERICA,                    )
                                               )
9                 Plaintiff,                    )
                                               )
10        v.                                    )    2:12-CR-286-LDG-(PAL)
                                               )
11 JUSTIN JEFFREY DAVIDSON,                     )
                                               )
12                Defendant.                    )

13                       **FINAL ORDER OF FORFEITURE**

14        On August 2, 2013, the United States District Court for the District of Nevada entered a

15 Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States

16 Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of

17 guilty by defendant JUSTIN JEFFREY DAVIDSON to the criminal offenses, forfeiting specific

18 property alleged in the Criminal Indictment and shown by the United States to have the requisite nexus

19 to the offenses to which defendant JUSTIN JEFFREY DAVIDSON pled guilty. Criminal Indictment,

20 ECF No. 1; Plea Agreement, ECF No. 45; Change of Plea Minutes, ECF No. 46; Preliminary Order of

21 Forfeiture, ECF No. 48.

22        This Court finds the United States of America published the notice of forfeiture in accordance

23 with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

24 from August 8, 2013, through September 6, 2013, and notified all third parties of their right to petition

25 the Court. Notice of Filing Proof of Publication, ECF No. 49.

26 . . .

1   This Court finds no petition was filed herein by or on behalf of any person or entity and the
2   time for filing such petitions and claims has expired.

3   This Court finds no petitions are pending with regard to the assets named herein and the time
4   for presenting such petitions has expired.

5   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8   32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
9   2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
10  law:

11      1.   a Glock 9 millimeter handgun bearing serial number BCF160US;
12      2.   a Walther .22 caliber handgun bearing serial number L388874;
13      3.   a Smith and Wesson .223 caliber rifle bearing serial number 8M81343;
14      4.   an LRB Arms .223 caliber rifle bearing serial number 012683;
15      5.   a Daniel Defense .223 caliber rifle bearing serial number 013628; and
16      6.   any and all ammunition ("property").

17  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds,
18  including but not limited to, currency, currency equivalents, certificates of deposit, as well as any
19  income derived as a result of the United States of America's management of any property forfeited
20  herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

21  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
22  certified copies to the United States Attorney's Office.

23  DATED this 4 day of NOV, 2013.

24
25
26
                                        UNITED STATES DISTRICT JUDGE

2